| AO-10<br>Rev. 1/2004 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2004 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (Last name, First name, Middle initial)<br><br>Covington, Virginia M | 2. Court or Organization<br><br>District Court-Middle Florida | 3. Date of Report<br><br>4/22/2005 |
| --- | --- | --- |
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>District Judge-Active Status | 5. ReportType (check appropriate type)<br><br>◯ Nomination,     Date<br><br>◯ Initial    ◉ Annual    ◯ Final | 6. Reporting Period<br><br>1/1/2004<br>to<br>12/31/2004 |
| 7. Chambers or Office Address<br><br>U.S. Courthouse<br>2110 First Street<br>Ft. Myers, FL 33901 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☐ **NONE** - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
| --- | --- |
| 1. Board Member | Georgetown University Law Center National Alumni Board |
| 2. Executor | Estate #1 |
| 3. Trustee | Trust #1 |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☑ **NONE** - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
| --- | --- |
| 1. | |

RECEIVED APR 25 10 36 AM '05 FINANCIAL DISCLOSURE OFFICE

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Income

☐ **NONE** - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2004 | State of Florida | $100,238.93 |

### B. Spouse's Non-Investment Income - (If you were married during any portion of the reporting year, please complete this section. Dollar amount not required except for honoraria.)

☐ **NONE** - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2004 | Teco Energy, Inc. |

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☑ **NONE** - (No such reportable reimbursements.)

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | | |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ **NONE** - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☑ **NONE** - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. Bank of America Accounts | A | Interest | M | T | | | | | |
| 2. Prudential Whole Life | No | | J | T | | | | | |
| 3. Walt Disney Common Stock | A | Dividend | J | T | | | | | |
| 4. Intel Corporation Common Stock | A | Dividend | J | T | | | | | |
| 5. Microsoft Common Stock | A | Dividend | J | T | | | | | |
| 6. AT&T Common Stock | A | Dividend | J | T | | | | | |
| 7. Putnam Mutual Funds | A | Capital Gain | J | T | | | | | |
| 8. Florida Progress Savings Plan | A | Interest | J | T | | | | | |
| 9. Robert Baird Money Market Fund | A | Interest | K | T | | | | | |
| 10. TECO Savings Plan | B | Interest | K | T | | | | | |
| 11. TECO Pension Plan | | None | | | | | | | |
| 12. Trust #1 (X), Trustee/Income Beneficiary | G | Div,Rent,Int | P1 | | | | | | |
| 13. -- Lake Property, Hillsoborough County, FL | | | | | | | | | |
| 14. -- Beach Property, Pinellas County, FL | | | | | | | | | |
| 15. -- Mercantile Bank Account | | | | | | | | | |
| 16. -- Florida Credit Union Bank Account | | | | | | | | | |
| 17. -- Suntrust Bank Account | | | | | | | | | |
| 18. -- A.G. Edwards Money Market Fund | | | | | | | | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Covington, Virginia M | 4/22/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 19. -- Annaly Mortgage Management Inc., Common Stock | | | | | | | | | |
| 20. -- Cedar Fair Ltd. Partnership, Units | | | | | | | | | |
| 21. -- Colonial Invt. Grade Municipal Trust, Shares | | | | | | | | | |
| 22. -- Crescent Real Estate Equities, Common Stock | | | | | | | | | |
| 23. -- Cross Timbers Royalty Trust, Units | | | | | | | | | |
| 24. -- Franklin Multi-Income Trust, Shares | | | | | | | | | |
| 25. -- Intl. Business Machine Corp., Common Stock | | | | | | | | | |
| 26. -- National Westminster Bank PLC, Preferred Shares | | | | | | | | | |
| 27. -- Nuveen Florida Investment, Shares | | | | | | | | | |
| 28. -- Nuveen Select, Shares | | | | | | | | | |
| 29. -- Plum Creek Timber, Common Stock | | | | | | | | | |
| 30. -- Source Capital Inc., Shares | | | | | | | | | |
| 31. -- Van Kampen Municipal Income Trust, Shares | | | | | | | | | |
| 32. -- Tommy Hilfiger, Bonds | | | | | | | | | |
| 33. -- Income Fund of America, Mutual Fund, Class C | | | | | Buy | 10/18 | J | | |
| 34. -- Sun Life Key Annuity | | | | | | | | | |
| 35. -- TIAA Cref Annuity | | | | | | | | | |
| 36. -- Time Share Unit, Jackson County, North Carolina | | | | | | | | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000.001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000.001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Covington, Virginia M | 4/22/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt<br>from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end of<br>reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A -H) | (2)<br>Type (e.g.<br>div. rent. or<br>int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.<br>buy, sell,<br>merger,<br>redemption) | (2)<br>Date:<br>Month -<br>Day | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 37.  -- Prologis, Preferred Stock | | | | | Redeem | 01/04 | J | B | |
| 38.  -- TECO Energy Inc., Common Stock | | | | | Sell | 10/18 | | A | |
| 39.  -- TXU Corp., Common Stock | | | | | Sell | 10/18 | | A | |
| 40.  -- USAA Income Stock Fund | | | | | | | | | |
| 41.  -- USAA Tax Exempt Intermediate-Term Fund | | | | | | | | | |
| 42.  -- Dryden High Yield Fund Inc., Bonds | | | | | | | | | |
| 43.  -- Intel Corp., Common Stock | | | | | | | | | |
| 44.  -- Pioneer High Yield Fund, Mutual Funds | | | | | | | | | |
| 45.  -- TCW Galileo Funds Inc., Mutual Funds | | | | | | | | | |
| 46.  -- Vanguard GNMA Fund, Mutual Funds | | | | | | | | | |
| 47.  -- Vanguard Intermediate Term, Mutual Funds | | | | | | | | | |
| 48.  -- Wal-Mart Stores Inc., Common Stock | | | | | | | | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15.001-$50.000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100.000 | G = $100.001-$1.000.000 | H1 = $1,000.001-$5,000,000 | H2 = More than $5.000,000 | |
| 2. Value Codes: | J = $15.000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500.001-$1,000.000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25.000,091-$50,000,000 | | P4 = $More than $50.000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Covington, Virginia M | 4/22/2005 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS     (Indicate part of Report.)

The Merrill Lynch Investment Account and Soloman Smith Barney IRA listed on my initial disclosure form were liquidated in 2003.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.



Signature _____ Date _4-22-05_

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544